# United States Bankruptcy Court
## For the Southern District of Texas
## Corpus Christi Division

| | | |
|---|---|---|
| In re: | § | Case No.   16-20039 |
|     Hurtado, Humberto | § | |
|     Hurtado, Jessica Lupita | § | |
| | § | |
| Debtor(s) | § | Chapter 13 |

### DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

    NOW COMES, Debtor(s), in the above styled matter by and through attorney of record, and files this response to the *Trustee's Motion to Dismiss* and would show and request the following:

1. Debtor(s) hereby requests a Hearing on the Trustee's Motion to Dismiss.

2. That the Trustee's Motion to Dismiss be denied because Debtor(s) will file all necessary amendments to debtor(s) schedules, and/or Chapter 13 Plan prior to the dismissal hearing.

    WHEREFORE ALL PREMISES, CONSIDERED, Debtor(s) respectfully requests the Court to grant the Debtor(s) a Hearing and upon such Hearing, Deny the Trustee's Motion to Dismiss and award Debtor(s) all further relief to which debtor(s) may justly be entitled.

    Respectfully submitted,
    *The Law Offices of Joel Gonzalez, PLLC*

    */s/ Joel Gonzalez*
    Joel Gonzalez, *Attorney for the Debtor*
    SBOT 24053233, Fed I.D. #632677
    5350 S. Staples, Ste. 406
    Corpus Christi, Texas  78411
    Telephone No. 361-887-6363
    Facsimile No. 361-654-3622

CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of May, 2016, a true and correct copy of this Debtor's Response to the ***Trustee's Motion to Dismiss*** was served via First Class Mail and/or via electronic mail to all the parties listed below.

**Chapter 13 Trustee**
Cindy Boudloche - Trustee
555 N. Carancahua, Ste. 600
Corpus Christi, Texas  78475

**U.S. Trustee**
515 Rusk, Ste. 3516
Houston, Texas  77002

**Debtor(s)**
Hurtado, Humberto
Hurtado, Jessica Lupita
5538 Bowie Street
Corpus Christi, Texas 78415

      */s/ Joel Gonzalez*_____
      Joel Gonzalez, *Attorney for the Debtor*