UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                         CASE NO:      16-20039-C-13
HUMBERTO & JESSICA L HURTADO

Debtors

### CHAPTER 13 TRUSTEE'S NOTICE OF ADJUSTMENT TO PLAN PAYMENT

NOTICE IS HEREBY GIVEN, that on July 13, 2018, FCI LENDER SERVICES INC filed a Notice of Mortgage Payment Change (docket #48).  No party in interest filed a timely motion seeking a stay and obtained an order staying the proposed adjustment within the 21 day time period specified in the notice.  Therefore, pursuant to Paragraph 1 of the Chapter 13 plan, the Trustee has adjusted the Chapter 13 plan payment.

Effective with the November 28, 2018 plan payment, the Chapter 13 plan payment is increased by the sum of $53.26, for a total payment of $3,103.26.  This increase is effective to all subsequent plan payments, unless otherwise ordered by the Court.  Failure of the Debtors to comply with this adjustment shall be grounds for dismissal of this case.

DATED:  October 29, 2018                            /s/  CINDY BOUDLOCHE

                                                                           CINDY BOUDLOCHE
                                                                            CHAPTER 13 TRUSTEE
                                                                            555 N. Carancahua  Ste 600
                                                                            Corpus Christi, TX  78401-0823
                                                                            (361) 883-5786

#586

CASE NO:   16-20039-C-13     HUMBERTO & JESSICA L HURTADO

## CERTIFICATE OF SERVICE

I hereby certify that on or about October 29, 2018, a true and correct copy of the foregoing Notice of Adjustment to Plan Payment was served electronically or by United States Postal Service, first class postage prepaid to the Debtors and the Debtors' Counsel.

**Debtors**

HUMBERTO AND JESSICA L. HURTADO
5538 BOWIE ST
CORPUS CHRISTI, TX  78415

**Attorney for Debtors**

LAW OFFICE OF JOEL GONZALEZ PLLC
700 EVERHART RD STE G-2
CORPUS CHRISTI, TX  78411

**Parties Requesting 2002 Notice**

LINEBARGER GOGGAN BLAIR
& SAMPSON LLP
PO BOX 17428
AUSTIN, TX  78760-7428

/s/   CINDY BOUDLOCHE
_____
CINDY BOUDLOCHE, TRUSTEE

2

#586